# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>EZIAR HILLIARD,<br><br>　　　　　　　　Defendant. | Case No. 19-CR-92-JPS<br><br>**ORDER** |

　　　　On July 8, 2019, the parties filed a plea agreement, indicating that Defendant had agreed to plead guilty to Counts One and Two of the Indictment. (Docket #13). The parties appeared before Magistrate Judge David E. Jones on July 15, 2019 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #15). Defendant entered a plea of guilty as to Counts One and Two of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Jones determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. (Docket #15 and #16).

　　　　Thereafter, Magistrate Judge Jones filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #16). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections

to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Judge Jones' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' report and recommendation (Docket #16) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 1st day of August, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge